**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN P. MINNITTE,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action No. 2:17-cv-00121-DSC<br><br>Hon. Judge David S. Cercone |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

Plaintiff John P. Minnitte ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), by and through their respective undersigned attorneys, submit the following joint notice of settlement and request to stay.

1. On May 31, 2017, the parties reached a settlement in principle.

2. As a result of reaching this settlement in principle, the parties request 30 days to finalize the form and content of the final settlement agreement. At or before the end of that 30 day time period, the parties intend to file with the Court formal documentation terminating this action.

3. The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for thirty days.

**Dated:  June 2, 2017**

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JOHN P. MINNITTE | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| By: /s/ *Tybe A. Brett* _____<br>     One of His Attorneys | By: /s/ *Julie M. Kamps*_____<br>     One of Its Attorneys |
| Tybe A. Brett<br>FEINSTEIN DOYLE PAYNE<br>& KRAVEC, LLC<br>429 Fourth Avenue<br>Law & Finance Building, Suite 1300<br>Pittsburgh, PA  15219<br>Telephone:  (412) 281-8400<br>Facsimile:   (412) 281-1007<br>Email: tbrett@fdpklaw.com | Julie M. Kamps (admitted *pro hac vice*)<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL  60606<br>Telephone: (312) 460-5000<br>Facsimile:  (312) 460-7000<br>E-mail: kclark@seyfarth.com<br><br>Mark D. Shepard<br>BABST CALLAND<br>Two Gateway Center<br>Pittsburgh, PA 15222<br>Telephone: (412) 394-6546<br>Facsimile:  (412) 586-1061<br>E-mail:     mshepard@babstcalland.com |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 2nd day of June, 2017, she filed the foregoing Notice of Settlement with the Clerk of the Court via the Court's electronic case filing (ECF) system, which will serve a true and correct copy of the same on the following counsel of record via e-mail/Notice of Electronic Filing:

>Tybe A. Brett
>FEINSTEIN DOYLE PAYNE
>& KRAVEC, LLC
>429 Fourth Avenue
>Law & Finance Building, Suite 1300
>Pittsburgh, PA 15601
>Telephone: (412) 281-8400
>Facsimile:  (412) 281-1007
>E-mail:     tbrett@fdpklaw.com

>/s/ *Julie M. Kamps*