IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN P. MINNITTE,<br><br>              Plaintiff,<br><br>       v.<br><br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>              Defendant. | Civil Action No. 2:17-cv-121-DSC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff John P. Minnitte and Defendant The Prudential Insurance Company of America, by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party will bear its own costs, expenses and attorneys' fees.

**Dated:  June 27, 2017**                                      Respectfully submitted,

/s/ Tybe A. Brett____                                           /s/ Julie M. Kamps _
Tybe A. Brett (PA ID 30064)                              Julie M. Kamps (pro hac vice)
Ruairi McDonnell (PA ID 316998)                    Seyfarth Shaw LLP
Feinstein Doyle Payne & Kravec, LLC              233 South Wacker Drive, Suite 8000
Law & Finance Bldg., Suite 1300                      Chicago, IL 60606
429 Fourth Avenue                                             T: (312) 460-5873
Pittsburgh, PA 15219                                          Fax: (312) 460-7873
T: (412) 281-8400                                               jkamps@seyfarth.com
Fax: (412) 281-1007
tbrett@fdpklaw.com                                           Mark D. Shepard
rmcdonnell@fdpklaw.com                                Babst Calland
                                                                            Two Gateway Center
Attorneys for Plaintiff                                        Pittsburgh, PA 15222
                                                                            T: (412) 394-6546
                                                                            F: (412) 586-1061
                                                                            mshepard@babstcalland.com

                                                                            Attorneys for Defendant

**IT IS SO ORDERED this 28th**
**day of June, 2017.**

**s/ DAVID STEWART CERCONE**
**United States District Judge**